**Motion Granted; Vacated and Remanded and Memorandum Opinion filed July 2, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00214-CV

---

### ROBIN KAY WILSON, Appellant

### V.

### OAK OF WOODFOREST III LTD D/B/A PINES OF WOODFOREST, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1042867**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 9, 2015.

On June 22, 2015, the parties filed a joint motion to vacate the judgment and remand the cause to the trial court for rendition of judgment in accordance with the parties' settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, we vacate the judgment signed February 9, 2015, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby.